FILED

2006 SEP 27 PM 3: 17

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2005 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. '06 CR 2147 DMS |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | Title 18, U.S.C., Sec. 371 - Conspiracy to Defraud the United States; Title 18, U.S.C., |
| JOHN MOHAMMED JANAN (1), MUSTAFA JAAN-AGAHA (2), | ) | Sec. 1015(a) - False Statement Relating to Naturalization; |
| Defendants. | ) | Title 18, U.S.C., Sec. 1001 - False Statements |

The grand jury charges:

Count 1

From on or about July 25, 1996, to on or about September 15, 2006, within the Southern District of California, and elsewhere, defendants JOHN MOHAMMED JANAN and MUSTAFA JAAN-AGAHA did knowingly and willfully combine, conspire, confederate and agree with each other and with persons known and unknown to the grand jury to defraud the United States by obstructing, interfering, impairing, impeding and defeating, through fraudulent and dishonest means, the legitimate functioning of the government, that is, the regulation and control of immigration of aliens into the United States.

//

MGW:nlv:San Diego
9/27/06

**THE PURPOSE AND OBJECT OF THE CONSPIRACY**

It was the purpose and object of the conspiracy that defendant MUSTAFA JAAN-AGAHA, an otherwise inadmissible alien, with the assistance of defendant JOHN MOHAMMED JANAN and others, fraudulently and unlawfully would enter and remain in the United States.

**THE MANNER AND MEANS OF THE CONSPIRACY**

The manner and means by which the defendants sought to accomplish the conspiracy included, among others, the following:

a.    At various time between on or about July 25, 1996, and on or about September 15, 2006, through fraudulent and deceptive means, including but not limited to the filing of false immigration documents, one or more of the defendants arranged for the entry of defendant MUSTAFA JAAN-AGAHA, an illegal alien, into the United States.

b.    At various times between on or about July 25, 1996, and on or about September 15, 2006, one or more of the defendants provided defendant MUSTAFA JAAN-AGAHA with housing and other forms of support in order to continue his unlawful presence in the United States.

c.    At various times between on or about July 25, 1996, and on or about September 15, 2006, one or more of the defendants concealed from and falsely represented to the United States government the true status of defendant MUSTAFA JAAN-AGAHA in the United States in order to continue his unlawful presence in the United States.

//

//

//

//

2

**OVERT ACTS**

In furtherance of the conspiracy and to achieve the objects thereof, the defendants committed and caused to be committed within the Southern District of California, and elsewhere, at least one of the following overt acts, among others:

1. On July 25, 1996, in San Diego, defendant JOHN MOHAMMED JANAN filed a Petition for Alien Relative (Form I-130), falsely claiming that "Mustafa Janan" was his son.

2. On or about October 12, 1996, in San Diego, California, defendant JOHN MOHAMMED JANAN caused a copy of a marriage certificate, purporting to show his marriage to a "Mazia Farhullah" in Kabul, Afghanistan, to be translated from Farsi to English.

3. On or about February 18, 1997, in San Diego, California, defendant JOHN MOHAMMED JANAN wrote an "Affidavit of Support" for defendant MUSTAFA JAAN-AGAHA, wherein he falsely claimed to be the father of defendant "Mustafa Janan."

4. On or after March 3, 1997, at the U. S. Embassy in New Delhi, India, defendant MUSTAFA JAAN-AGAHA signed and submitted an "Application for Immigrant Visa and Alien Registration," wherein he falsely claimed to be the son of defendant JOHN MOHAMMED JANAN and states that he was coming to the United States to join his "father" (JANAN) and stay with defendant JOHN JANAN "permanently."

//
//
//

3

5.  On or after March 3, 1997, at the U. S. Embassy in New Delhi, India, in support of his Application for a visa to come to, enter, and remain in the United States, defendant MUSTAFA JAAN-AGAHA submitted a copy of the marriage certificate defendant JOHN JANAN had caused to be translated in San Diego on October 12, 1996, purporting to show a marriage between defendant JANAN and "Mazia Farhullah."

6.  On or after March 3, 1997, at the U. S. Embassy in New Delhi, India, in support of his Application for a visa to come to, enter, and remain in the United States, defendant MUSTAFA JAAN-AGAHA submitted defendant JOHN MOHAMMED JANAN's "Affidavit of Support" along with tax and financial records from defendant JOHN MOHAMMED JANAN.

7.  On or about March 24, 1997, in Los Angeles, California, defendant MUSTAFA JAAN-AGAHA presented a IR-2 Immigrant Visa a United States immigration inspector in order to enter and remain in the United States.

8.  On or about March 24, 1997, in Los Angeles, California, defendant MUSTAFA JAAN-AGAHA was admitted to the United States as lawful permanent resident using the name "Mustafa Janan."

9.  On or about February 20, 2003, in San Diego, California, defendant MUSTAFA JAAN-AGAHA submitted and signed, under penalty of perjury, an application for naturalization [Form N-400], in which he falsely claimed to be "Mustafa Janan" the son of defendant JOHN MOHAMMED JANAN.

//

4

10. On or about February 20, 2003, in San Diego, California, defendant MUSTAFA JAAN-AGAHA, under oath, falsely told a Citizenship and Immigration Services district adjudications officer that he was "Mustafa Janan" and that defendant JOHN MOHAMMED JANAN was his father.

11. On or about March 2004, in San Diego, California, defendant JOHN JANAN submitted and signed, under penalty of perjury, Standard Form 86 (Electronic Personnel Security Questionnaire), in which he falsely claimed that "Mustafa Janan" was his son.

12. On or about July 20, 2005 in San Diego, California, defendant MUSTAFA JAAN-AGAHA, under oath, falsely told a Citizenship and Immigration Services district adjudications officer that he was "Mustafa Janan" and that defendant JOHN MOHAMMED JANAN was his father.

13. From on or to March 24, 1997, to on or about August 4, 2005, defendant MUSTAFA JAAN-AGAHA possessed an Alien Registration Card [Form I-551] that had been obtained by means of fraud and false statements.

14. On or about September 25, 2005, at Bagram Air Force Base, Afghanistan, defendant JOHN MOHAMMED JANAN submitted and signed, under penalty of perjury, Standard Form 86 (Electronic Personnel Security Questionnaire), in which he falsely claimed that "Mustafa Janan" was his son.

All in violation of Title 18, United States Code, Section 371.

//

//

//

5

<u>Count 2</u>

On or about February 10, 2003, within the Southern District of California, defendant MUSTAFA JAAN-AGAHA did knowingly make false statements under oath in a proceeding and matter relating to naturalization to a U.S. Citizenship and Immigration Services (USCIS) official in that, when asked about his father, defendant MUSTAFA JAAN-AGAHA claimed that his father was John Janan; which the defendant then and there knew was false, in that, in truth and in fact, John Janan was never the father of defendant MUSTAFA JAAN-AGAHA; in violation of Title 18, United States Code, Section 1015(a).

<u>Count 3</u>

On or about July 20, 2005, within the Southern District of California, defendant MUSTAFA JAAN-AGAHA did knowingly make false statements under oath in a proceeding and matter relating to naturalization to a U.S. Citizenship and Immigration Services (USCIS) official in that, when asked about his father, defendant MUSTAFA JAAN-AGAHA claimed that "his biological father was John Janan;" which the defendant then and there knew was false, in that, in truth and in fact, John Janan was never the biological father of defendant MUSTAFA JAAN-AGAHA; in violation of Title 18, United States Code, Section 1015(a).

<u>Count 4</u>

On or about March 23, 2004, within the Southern District of California, and elsewhere, in a matter within the jurisdiction of Office of Personnel Management, an agency of the United States, defendant JOHN MOHAMMED JANAN, did knowingly and willfully make and caused to be made a false, fictitious, and fraudulent material statement and representation, to wit, on Security Clearance

Application (Standard Form 86) that "Mustafa Janan" was his son; which the defendant then and there knew was false, in that in truth and in fact "Mustafa Janan" was not his son; in violation of Title 18, United States Code, Section 1001.

## Count 5

On or about September 25, 2005, within the Southern District of California, and elsewhere, in a matter within the jurisdiction of Office of Personnel Management, an agency of the United States, defendant JOHN MOHAMMED JANAN, did knowingly and willfully make and caused to be made a false, fictitious, and fraudulent material statement and representation, to wit, on Security Clearance Application (Standard Form 86) that "Mustafa Janan" was his son; which the defendant then and there knew was false, in that in truth and in fact "Mustafa Janan" was not his son; in violation of Title 18, United States Code, Section 1001.

DATED: September 27, 2006.

A TRUE BILL:

_____
Foreperson

CAROL C. LAM
United States Attorney

By: _____
MICHAEL G. WHEAT
Assistant U.S. Attorney

7